# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LAKESIDE MANUFACTURING, INC.   § Case No. 08-33179
§
§
Debtor(s)   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 04, 2008. The undersigned trustee was appointed on January 29, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $      89,550.91

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 702.43 |
| Administrative expenses | 64,030.00 |
| Bank service fees | 360.56 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 24,457.92 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/04/2009 and the deadline for filing governmental claims was 05/04/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,727.55. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,135.53, for a total compensation of $6,135.53.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/08/2014           By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-33179　　　　　　　　　　　　　　**Trustee:**　　(330270)　　NORMAN NEWMAN
**Case Name:** LAKESIDE MANUFACTURING, INC.　　　　**Filed (f) or Converted (c):** 12/04/08 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　　01/15/09
**Period Ending:** 04/08/14　　　　　　　　　　　　　　**Claims Bar Date:**　　　　　　05/04/09

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Harris Bank Corporate Checking | 3,000.00 | 3,000.00 | | 45,304.48 | FA |
| 2 | Harris Bank Corporate Checking | 1.00 | 1.00 | | 0.00 | FA |
| 3 | Eastlake Management/Commercial Landlord | 1,277.00 | 1,277.00 | | 0.00 | FA |
| 4 | City of Chicago/Graphic Arts Deparrtment | 6,202.00 | 6,202.00 | | 2,386.00 | FA |
| 5 | Illinois Department of Transportation | 2,600.00 | 2,600.00 | | 2,943.60 | FA |
| 6 | City of Chicago/Department Of Revenue | 28,271.00 | 28,271.00 | | 7,665.08 | FA |
| 7 | Loretta Dicke | 120,000.00 | 120,000.00 | | 0.00 | FA |
| 8 | 2 Computer Screens | 500.00 | 500.00 | | 0.00 | FA |
| 9 | 4 Telephones | 400.00 | 400.00 | | 0.00 | FA |
| 10 | TAX REFUND (u) | 35.35 | 35.35 | | 35.35 | FA |
| 11 | Causes of Action (u) | 240,000.00 | 240,000.00 | | 20,000.00 | FA |
| 12 | L&N SUPPLY BANK ACCOUNT (u) | 11,162.50 | 11,162.50 | | 11,162.50 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 53.90 | Unknown |
| 13 | Assets　Totals (Excluding unknown values) | **$413,448.85** | **$413,448.85** | | **$89,550.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　Filed complaint vs. former principal for breach of settlement agreement. Employed counsel to collect judgment vs. former principal.

**Initial Projected Date Of Final Report (TFR):**　　September 30, 2012　　　　**Current Projected Date Of Final Report (TFR):**　　April 30, 2014

Exhibit B

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-33179  
**Case Name:** LAKESIDE MANUFACTURING, INC.  
**Taxpayer ID #:** **-***9463  
**Period Ending:** 04/08/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/09 | {1} | Harris Bank | Bank Account Funds DEPOSIT CHECK #61103790 | 1129-000 | 45,304.48 | | 45,304.48 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 45,305.03 |
| 03/10/09 | {6} | The Treasurer of the City of Chicag | Invoice Nos. 30035 and 30038 DEPOSIT CHECK #41173676 | 1121-000 | 7,665.08 | | 52,970.11 |
| 03/28/09 | {4} | City of Chicago | PAYMENT ON ACCOUNT RECEIVABLE DEPOSIT CHECK #41202645 | 1129-000 | 2,386.00 | | 55,356.11 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.18 | | 55,358.29 |
| 04/22/09 | {5} | Daniel W. Hynes | Account Receivable DEPOSIT CHECK #AH2597310 | 1121-000 | 74.10 | | 55,432.39 |
| 04/22/09 | {5} | Daniel W. Hynes | Account Receivable DEPOSIT CHECK #AH2597332 | 1121-000 | 112.50 | | 55,544.89 |
| 04/22/09 | {5} | Daniel W. Hynes | Account Receivable DEPOSIT CHECK #AH2495329 | 1121-000 | 129.00 | | 55,673.89 |
| 04/22/09 | {5} | Daniel W. Hynes | Account Receivable DEPOSIT CHECK #AH2597309 | 1121-000 | 2,628.00 | | 58,301.89 |
| 04/29/09 | 1001 | Miller Cooper & Co., Ltd. | Retainer | 3410-000 | | 2,500.00 | 55,801.89 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.28 | | 55,804.17 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.21 | | 55,806.38 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.42 | | 55,808.80 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.35 | | 55,811.15 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.35 | | 55,813.50 |
| 09/29/09 | {12} | NORMAN B. NEWMAN, TRUSTEE FOR LAKES | Account Consolidation/Transfer DEPOSIT CHECK #101 | 1290-000 | 11,162.50 | | 66,976.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.29 | | 66,978.29 |
| 10/08/09 | 1002 | Department of Treasury | Year Ending Dcember 31, 2007 (Taxes) | 2810-000 | | 35.00 | 66,943.29 |
| 10/08/09 | 1003 | Illinois Department of Revenue | Year Ending December 31, 2007 | 2820-000 | | 17.00 | 66,926.29 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.73 | | 66,929.02 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.82 | | 66,931.84 |
| 12/03/09 | 1004 | United States Treasury | Tax return and penalty; ID#26-0789463; Tax Form: 1120; Tax Period; 12/31/07 | 2810-000 | | 79.80 | 66,852.04 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.81 | | 66,854.85 |
| 01/04/10 | {10} | UNITED STATES TREASURY | Tax Refund DEPOSIT CHECK #02697434 | 1224-000 | 35.35 | | 66,890.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.63 | | 66,892.83 |
| 02/19/10 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #08-33179, Bond #016026455 | 2300-000 | | 60.17 | 66,832.66 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.54 | | 66,835.20 |

Subtotals :     $69,527.17     $2,691.97

{} Asset reference(s)                                                                                            Printed: 04/08/2014 10:25 AM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-33179 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | LAKESIDE MANUFACTURING, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****40-65 - Money Market Account |
| Taxpayer ID #: | **-***9463 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/08/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/26/10 | 1006 | Miller Cooper & Co., Ltd. | Interim Compensation for the period 4/28/09 through 10/8/09 | 3410-000 | | 12,668.88 | 54,166.32 |
| 02/26/10 | 1007 | Miller Cooper & Co., Ltd. | Interim Expenses for the period 4/28/09 through 10/8/09 | 3420-000 | | 2,040.00 | 52,126.32 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.39 | | 52,128.71 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.35 | | 52,129.06 |
| 04/06/10 | | Wire out to BNYM account 0009601340 | Wire out to BNYM account 000960134065 | 9999-000 | | 52,129.06 | 0.00 |
| | | | ACCOUNT TOTALS | | 69,529.91 | 69,529.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 69,529.91 | 69,529.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $69,529.91 | $69,529.91 | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-33179  
**Case Name:** LAKESIDE MANUFACTURING, INC.  
**Taxpayer ID #:** **-***9463  
**Period Ending:** 04/08/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** THE BANK OF NEW YORK MELLON  
**Account:** ****-******40-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N | Wire in from JPMorgan Chase Bank, N.A. account 312960134065 | 9999-000 | 52,129.06 | | 52,129.06 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.49 | | 52,131.55 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.10 | | 52,134.65 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.00 | | 52,137.65 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.10 | | 52,140.75 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.09 | | 52,143.84 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.28 | | 52,145.12 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.32 | | 52,146.44 |
| 11/08/10 | {11} | Loretta Dicke | First of Three Installments on Settlement w/Trustee DEPOSIT CHECK #1746001295 | 1249-000 | 5,000.00 | | 57,146.44 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.37 | | 57,147.81 |
| 12/07/10 | 11008 | Much Shelist, et.al. | Compensation for the period of 1/6/09 through 10/31/10 | 3110-000 | | 46,089.50 | 11,058.31 |
| 12/07/10 | 11009 | Much Shelist, et.al. | Expenses for the period 1/6/09 through 10/31/10 | 3120-000 | | 184.20 | 10,874.11 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 10,874.55 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,874.64 |
| 02/15/11 | 11010 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-33179, Bond #016026455 | 2300-000 | | 10.31 | 10,864.33 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,864.41 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,864.50 |
| 04/06/11 | {11} | Loretta Dicke | Settlement on account of settlement DEPOSIT CHECK #1017 | 1249-000 | 5,000.00 | | 15,864.50 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,864.62 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,864.75 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,864.88 |
| 07/18/11 | {11} | Loretta Dicke | Payment made on account of settlement DEPOSIT CHECK #1021 | 1249-000 | 5,000.00 | | 20,864.88 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,865.03 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,865.20 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 48.59 | 20,816.61 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 7100-000 | | -23.59 | 20,840.20 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,840.37 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 42.81 | 20,797.56 |

Subtotals : $67,149.38    $46,351.82

{} Asset reference(s)    Printed: 04/08/2014 10:25 AM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-33179  
**Case Name:** LAKESIDE MANUFACTURING, INC.  
**Taxpayer ID #:** **-***9463  
**Period Ending:** 04/08/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** THE BANK OF NEW YORK MELLON  
**Account:** ****-******40-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,797.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 41.31 | 20,756.42 |
| 11/28/11 | 11011 | Clerk of the Bankruptcy Court | Filing Fee for Adversary Complaint Case No. 11-02497 11-02497 | 2700-000 | | 293.00 | 20,463.42 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,463.59 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 45.49 | 20,418.10 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,418.27 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 41.97 | 20,376.30 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,376.47 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 44.54 | 20,331.93 |
| 02/07/12 | 11012 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #08-33179, Bond#016026455 | 2300-000 | | 16.58 | 20,315.35 |
| 02/08/12 | | Loretta Dicke | Payment Pursuant to Settlement Agreement DEPOSIT CHECK #1024 | 1249-000 | 5,000.00 | | 25,315.35 |
| 02/09/12 | | Reverses Deposit # 100013 | Payment Pursuant to Settlement Agre | 1249-000 | -5,000.00 | | 20,315.35 |
| 02/21/12 | | Ledger Adjustment Reversal | | 1149-000 | 5,000.00 | | 25,315.35 |
| 02/21/12 | | Loretta Dicke | Non-Sufficient Funds {POST FROM PENDING} | 1149-000 | -5,000.00 | | 20,315.35 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 44.35 | 20,271.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 41.53 | 20,229.47 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 40.06 | 20,189.41 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 45.51 | 20,143.90 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 39.90 | 20,104.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 43.94 | 20,060.06 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 42.47 | 20,017.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 38.28 | 19,979.31 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 45.03 | 19,934.28 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 40.84 | 19,893.44 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Fee | 7100-000 | | 39.40 | 19,854.04 |
| 01/09/13 | | Transfer to Acct #2221644210 | Bank Funds Transfer | 9999-000 | | 19,854.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 67,150.06 | 67,150.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,854.04 | |
| | | | **Subtotal** | | 67,150.06 | 47,296.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$67,150.06** | **$47,296.02** | |

{} Asset reference(s)

Printed: 04/08/2014 10:25 AM   V.13.14

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-33179 | | Trustee: | NORMAN NEWMAN (330270) |
| Case Name: | LAKESIDE MANUFACTURING, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********10 - Checking Account |
| Taxpayer ID #: | **-***9463 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/08/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/13 | | Transfer from Acct #000960134065 | Bank Funds Transfer | 9999-000 | 19,854.04 | | 19,854.04 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.89 | 19,832.15 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 14.13 | 19,818.02 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.62 | 19,791.40 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.42 | 19,761.98 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.43 | 19,733.55 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.34 | 19,704.21 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.35 | 19,675.86 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.25 | 19,646.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.21 | 19,617.40 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.23 | 19,589.17 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.12 | 19,560.05 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.14 | 19,531.91 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 19,531.91 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,854.04 | 19,854.04 | $0.00 |
| | | | Less: Bank Transfers | | 19,854.04 | 19,531.91 | |
| | | | **Subtotal** | | 0.00 | 322.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$322.13** | |

{} Asset reference(s)    Printed: 04/08/2014 10:25 AM    V.13.14

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-33179 | **Trustee:** NORMAN NEWMAN (330270) |
| **Case Name:** LAKESIDE MANUFACTURING, INC. | **Bank Name:** RABOBANK, N.A. |
| | **Account:** ******5866 - Checking Account |
| **Taxpayer ID #:** **-***9463 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 04/08/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 19,531.91 | | 19,531.91 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.85 | 19,515.06 |
| 01/02/14 | {11} | Loretta Dicke | Settlement with Loretta Dicke | 1249-000 | 5,000.00 | | 24,515.06 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.71 | 24,479.35 |
| 02/10/14 | 20101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #08-33179, Bond #016026455 | 2300-000 | | 21.43 | 24,457.92 |
| | | | **ACCOUNT TOTALS** | | **24,531.91** | **73.99** | **$24,457.92** |
| | | | Less: Bank Transfers | | 19,531.91 | 0.00 | |
| | | | **Subtotal** | | **5,000.00** | **73.99** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$73.99** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****40-65** | 69,529.91 | 69,529.91 | 0.00 |
| **Checking # ****-******40-65** | 67,150.06 | 47,296.02 | 0.00 |
| **Checking # ********10** | 0.00 | 322.13 | 0.00 |
| **Checking # ******5866** | 5,000.00 | 73.99 | 24,457.92 |
| | **$141,679.97** | **$117,222.05** | **$24,457.92** |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 4, 2009

**Case Number:** 08-33179  
**Debtor Name:** LAKESIDE MANUFACTURING, INC.

Page: 1

**Date:** April 8, 2014  
**Time:** 10:25:37 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | NORMAN B. NEWMAN, TRUSTEE<br>Much Shelist, et.al.<br>191 N. Wacker Drive, #1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $6,135.53 | $0.00 | 6,135.53 |
| MS-E 200 | MUCH SHELIST, ET.AL.<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $324.06 | $184.20 | 139.86 |
| MS-F 200 | MUCH SHELIST, ET.AL.<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $56,772.03 | $46,089.50 | 10,682.53 |
| MC-E 300 | MILLER COOPER & CO., LTD.<br>650 Dundee Road<br>Suite 250<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,040.00 | $2,040.00 | 0.00 |
| MC-F 300 | MILLER COOPER & CO., LTD.<br>650 Dundee Road<br>Suite 250<br>Northbrook, IL 60062 | Admin Ch. 7 | | $12,668.88 | $12,668.88 | 0.00 |
| 1 610 | Diversified Imaging Supply<br>c/o Coface North America, Inc.<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520 | Unsecured | | $3,504.00 | $0.00 | 3,504.00 |
| 2 610 | Water Management Technologies II, LLC<br>C/O Kenneth Kliebard, HOWREY LLP, 321 N.<br>Clark Street, Suite 3400<br>Chicago, IL 60654 | Unsecured | | $595,000.00 | $0.00 | 595,000.00 |
| 3 610 | Water Management Technologies, Inc.<br>c/o Dennis Minichello, Marwedel,<br>Minichello & Reeb, P.C., 10 S. Riverside<br>Chicago, IL 60606 | Unsecured | | $666,563.00 | $0.00 | 666,563.00 |
| LN1 610 | Custom Electrical Systems, Inc.<br>c/o Michael T. Nigro<br>1793 Bloomingdale Road<br>Glendale Hts., IL 60139 | Unsecured | | $8,250.00 | $0.00 | 8,250.00 |
| LN2 610 | Clausen Miller P.C.<br>c/o Lawrence R. Drumm<br>10 S.LaSalle Street<br>Chicago, IL 60603 | Unsecured | | $7,726.15 | $0.00 | 7,726.15 |
| LN4 610 | Katten & Temple, LLP<br>542 S. Dearborn Street, Suite 1060<br>Chicago, IL 60605 | Unsecured | | $55,878.93 | $0.00 | 55,878.93 |
| LN5 610 | Signs & Blanks, Inc.<br>361 E. Talmadge Avenue<br>Arkon, OH 44310 | Unsecured | | $139,007.50 | $0.00 | 139,007.50 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 4, 2009

**Case Number:** 08-33179  
**Debtor Name:** LAKESIDE MANUFACTURING, INC.

Page: 2

**Date:** April 8, 2014  
**Time:** 10:25:37 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 1,553,870.08 | 60,982.58 | 1,492,887.50 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-33179
Case Name: LAKESIDE MANUFACTURING, INC.
Trustee Name: NORMAN NEWMAN

**Balance on hand:**   $   24,457.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   24,457.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 6,135.53 | 0.00 | 6,135.53 |
| Attorney for Trustee, Fees - MUCH SHELIST, ET.AL. | 56,772.03 | 46,089.50 | 10,682.53 |
| Attorney for Trustee, Expenses - MUCH SHELIST, ET.AL. | 324.06 | 184.20 | 139.86 |

Total to be paid for chapter 7 administration expenses:   $   16,957.92
Remaining balance:   $   7,500.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   7,500.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,500.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,475,929.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Diversified Imaging Supply | 3,504.00 | 0.00 | 17.81 |
| 2 | Water Management Technologies II, LLC | 595,000.00 | 0.00 | 3,023.52 |
| 3 | Water Management Technologies, Inc. | 666,563.00 | 0.00 | 3,387.17 |
| LN1 | Custom Electrical Systems, Inc. | 8,250.00 | 0.00 | 41.92 |
| LN2 | Clausen Miller P.C. | 7,726.15 | 0.00 | 39.26 |
| LN4 | Katten & Temple, LLP | 55,878.93 | 0.00 | 283.95 |
| LN5 | Signs & Blanks, Inc. | 139,007.50 | 0.00 | 706.37 |

Total to be paid for timely general unsecured claims: $ 7,500.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**