UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) Case no. 08-33179 |
| **LAKESIDE MANUFACTURING, INC.,** | ) Hon. Jacqueline P. Cox |
| | ) Hearing Date: 5/8/14 @ 09:30 a.m. |
| Debtor. | ) |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, May 8, 2014** at **9:30 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Jacqueline P. Cox or any other Judge sitting in her stead, in **Courtroom 680**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee


Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100
nnewman@muchshelist.com


## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 8, 2014, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| LAKESIDE MANUFACTURING, INC. ) | | Case No. 08-33179 |
| ) | | |
| ) | | Hon. JACQUELINE P. COX |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

To:    THE HONORABLE JACQUELINE P. COX

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $6,135.53 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I.  COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $89,550.91. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 4,500.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 1,977.55 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| TOTAL COMPENSATION | $ | 7,727.55 | |

## II.  TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Dated: April 8, 2014

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS