# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LAKESIDE MANUFACTURING, INC. § | Case No. 08-33179 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 05/08/2014 in Courtroom 680, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  04/08/2014          By:  /s/ Norman B. Newman
                                                    Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LAKESIDE MANUFACTURING, INC.  § Case No. 08-33179
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 89,550.91 |
| *and approved disbursements of* | $ 65,092.99 |
| *leaving a balance on hand of* [1] | $ 24,457.92 |
| **Balance on hand:** | $ 24,457.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 24,457.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 6,135.53 | 0.00 | 6,135.53 |
| Attorney for Trustee, Fees - MUCH SHELIST, ET.AL. | 56,772.03 | 46,089.50 | 10,682.53 |
| Attorney for Trustee, Expenses - MUCH SHELIST, ET.AL. | 324.06 | 184.20 | 139.86 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 16,957.92 |
| Remaining balance: | $ 7,500.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,500.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,500.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,475,929.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Diversified Imaging Supply | 3,504.00 | 0.00 | 17.81 |
| 2 | Water Management Technologies II, LLC | 595,000.00 | 0.00 | 3,023.52 |
| 3 | Water Management Technologies, Inc. | 666,563.00 | 0.00 | 3,387.17 |
| LN1 | Custom Electrical Systems, Inc. | 8,250.00 | 0.00 | 41.92 |
| LN2 | Clausen Miller P.C. | 7,726.15 | 0.00 | 39.26 |
| LN4 | Katten & Temple, LLP | 55,878.93 | 0.00 | 283.95 |
| LN5 | Signs & Blanks, Inc. | 139,007.50 | 0.00 | 706.37 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,500.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-33179-JPC
Lakeside Manufacturing, Inc.                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: dgomez                Page 1 of 2             Date Rcvd: Apr 09, 2014
                               Form ID: pdf006             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2014.
db           +Lakeside Manufacturing, Inc.,    2907 S. Wabash Avenue,    Chicago, IL 60616-3389
12930172     +Attorney Dennis Minichello,    Mathew, Minichello & Reeb P.C.,    10 S. Riverside Plaza, Suite 720,
               Chicago, IL 60606-3726
12930173     +Attorney Kenneth Michael Kleiber,    321 N. Clark Street, Ste. 3400,    Chicago, IL 60654-4717
12930174     +Attorney Kevin Rogers,   307 N. Michigan Avenue,    Suite 305,    Chicago, IL 60601-5301
12930176      City of Chicago,   P.O. Box 6330,    Chicago, IL 60680-6330
12930177     +Diversified Imaging,   333 W. Alondra Blvd.,    Unit C,    Gardena, CA 90248-2428
13056689     +Diversified Imaging Supply,    c/o Coface North America, Inc.,
               50 Millstone Rd., Bldg. 100, Ste. 360,    East Windsor, NJ 08520-1415
12930179     +L & N Supply Co., Inc.,   2907 S. Wabash Avenue,    Chicago, IL 60616-3389
12971462      Montel Gayles,   Chief Procurement Officer/Chicago,    121 N LaSalle St., St 403,
               Chicago IL 60603
12930180     +MultiLock,   2907 S. Wabash,   Chicago, IL 60616-3389
12930181     +Water Management Technologies,    10400 NW 33rd Street,    Suite 200,   Miami, FL 33172-5902
12930182     +Water Management Technologies, II,    2238 SW 34th Street,    Fort Lauderdale, FL 33312-5049
12971463     +Water Management Technologies, II Case,    Attorney Kenneth Michael Kleiber,
               321 N Clark St., Ste 3400,    Chicago IL 60654-4717
13871971     +Water Management Technologies, Inc.,    c/o Dennis Minichello,    Marwedel, Minichello & Reeb, P.C.,
               10 S. Riverside Plaza, Suite 720,    Chicago, IL 60606-3726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12930171     +E-mail/Text: g17768@att.com Apr 10 2014 01:11:32      AT & T,   P.O. Box 8100,
               Aurora, IL 60507-8100
12930178     +E-mail/Text: mlowe@eastlakemgmt.com Apr 10 2014 01:13:52       East Lake Management,
               2850 S. Michigan,   Chicago, IL 60616-3650
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Much Shelist Denenberg Ament & Rubenstein, P C
12971464*    +Attorney Kevin Rogers,   307 N Michigan Avenue,   Suite 305,   Chicago IL 60601-5301
12930175    ##+Calumet Photographic,   890 Supreme Drive,   Bensenville, IL 60106-1181
13871398    ##+Water Management Technologies II, LLC,   C/O Kenneth Kliebard,   HOWREY LLP,
               321 N. Clark Street, Suite 3400,   Chicago, IL 60654-4717
                                                                                TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2014 at the address(es) listed below:
          Colleen E McManus    on behalf of Trustee Norman B Newman cmcmanus@carlsondash.com,
           knoonan@carlsondash.com;tempsec@carlsondash.com
          Colleen E McManus    on behalf of Attorney   Much Shelist cmcmanus@carlsondash.com,
           knoonan@carlsondash.com;tempsec@carlsondash.com
          Gabriel A Crowson    on behalf of Creditor Water Management Technologies II, LLC
           gcrowson@mcglinchey.com,    sholmes@mcglinchey.com
          Jason H Rock    on behalf of Debtor   L & N Supply Co., Inc. jrock@bslbv.com
          Jason H Rock    on behalf of Debtor   Lakeside Manufacturing, Inc. jrock@bslbv.com
          Jeffrey M Schwartz    on behalf of Plaintiff   Norman B. Newman, not individually but solely as
           the Chapter 7 Trustee of Lakeside Manufacturing, Inc. jschwartz@muchshelist.com,
           nsulak@muchshelist.com
          Jeffrey M Schwartz    on behalf of Trustee Norman B Newman jschwartz@muchshelist.com,
           nsulak@muchshelist.com

```
District/off: 0752-1           User: dgomez              Page 2 of 2                  Date Rcvd: Apr 09, 2014
                               Form ID: pdf006           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Norman B Newman    nnewman@muchshelist.com, nsulak@muchshelist.com;IL83@ecfcbis.com
          Norman B Newman    on behalf of Attorney    Much Shelist nnewman@muchshelist.com, nsulak@muchshelist.com;IL83@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Shari L. Friedman    on behalf of Creditor    Water Management Techonologies, Inc. sfriedman@mmr-law.com, jturner@mmr-law.com

                                                                                                TOTAL: 11