## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LAKESIDE MANUFACTURING, INC.     § Case No. 08-33179
                                        §
                                        §
Debtor(s)                               §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

 NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $122,178.00                      Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,472.54         Claims Discharged
                                                   Without Payment: N/A

Total Expenses of Administration: $85,078.37

---

 3) Total gross receipts of $ 89,550.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $89,550.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 55,211.75 | 85,078.37 | 85,078.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 173,456.00 | 1,476,632.01 | 1,476,632.01 | 4,472.54 |
| **TOTAL DISBURSEMENTS** | $173,456.00 | $1,531,843.76 | $1,561,710.38 | $89,550.91 |

4) This case was originally filed under Chapter 7 on December 04, 2008. The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/16/2014          By: /s/NORMAN NEWMAN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
|  | 1149-000 | 5,000.00 |
| Non-Sufficient Funds {POST FROM PENDING} | 1149-000 | -5,000.00 |
| Payment Pursuant to Settlement Agre | 1249-000 | -5,000.00 |
| Payment Pursuant to Settlement Agreement DEPOSIT | 1249-000 | 5,000.00 |
| Harris Bank Corporate Checking | 1129-000 | 45,304.48 |
| City of Chicago/Graphic Arts Deparrtment | 1129-000 | 2,386.00 |
| Illinois Department of Transportation | 1121-000 | 2,943.60 |
| City of Chicago/Department Of Revenue | 1121-000 | 7,665.08 |
| TAX REFUND | 1224-000 | 35.35 |
| Causes of Action | 1249-000 | 20,000.00 |
| L&N SUPPLY BANK ACCOUNT | 1290-000 | 11,162.50 |
| Interest Income | 1270-000 | 53.90 |
| **TOTAL GROSS RECEIPTS** |  | **$89,550.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  | None |  |  |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** |  |  | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 7,727.55 | 6,135.53 | 6,135.53 |
| MILLER COOPER & CO., LTD. | 3420-000 | N/A | 2,040.00 | 2,040.00 | 2,040.00 |
| MILLER COOPER & CO., LTD. | 3410-000 | N/A | 12,668.88 | 12,668.88 | 12,668.88 |
| MUCH SHELIST, ET.AL. | 3120-000 | N/A | 223.95 | 324.06 | 324.06 |
| MUCH SHELIST, ET.AL. | 3110-000 | N/A | 25,413.50 | 56,772.03 | 56,772.03 |
| International Sureties, Ltd. | 2300-000 | N/A | 10.31 | 10.31 | 10.31 |
| Clerk of the Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 16.58 | 16.58 | 16.58 |
| ASSOCIATED BANK | 2600-000 | N/A | 21.89 | 21.89 | 21.89 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 14.13 | 14.13 | 14.13 |
| ASSOCIATED BANK | 2600-000 | N/A | 26.62 | 26.62 | 26.62 |
| ASSOCIATED BANK | 2600-000 | N/A | 29.42 | 29.42 | 29.42 |
| ASSOCIATED BANK | 2600-000 | N/A | 28.43 | 28.43 | 28.43 |
| ASSOCIATED BANK | 2600-000 | N/A | 29.34 | 29.34 | 29.34 |
| ASSOCIATED BANK | 2600-000 | N/A | 28.35 | 28.35 | 28.35 |
| ASSOCIATED BANK | 2600-000 | N/A | 29.25 | 29.25 | 29.25 |
| ASSOCIATED BANK | 2600-000 | N/A | 29.21 | 29.21 | 29.21 |
| ASSOCIATED BANK | 2600-000 | N/A | 28.23 | 28.23 | 28.23 |
| ASSOCIATED BANK | 2600-000 | N/A | 29.12 | 29.12 | 29.12 |
| Miller Cooper & Co., Ltd. | 3410-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Department of Treasury | 2810-000 | N/A | 35.00 | 35.00 | 35.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 17.00 | 17.00 | 17.00 |
| United States Treasury | 2810-000 | N/A | 79.80 | 79.80 | 79.80 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | 60.17 | 60.17 | 60.17 |
| ASSOCIATED BANK | 2600-000 | N/A | 28.14 | 28.14 | 28.14 |
| Rabobank, N.A. | 2600-000 | N/A | 16.85 | 16.85 | 16.85 |
| Rabobank, N.A. | 2600-000 | N/A | 35.71 | 35.71 | 35.71 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 21.43 | 21.43 | 21.43 |
| Clerk of the Bankruptcy Court | 2990-000 | N/A | 3,729.89 | 3,729.89 | 3,729.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$55,211.75** | **$85,078.37** | **$85,078.37** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Diversified Imaging Supply | 7100-000 | 3,504.00 | 3,504.00 | 3,504.00 | 17.81 |
| 2 | Water Management Technologies II, LLC | 7100-000 | 1.00 | 595,000.00 | 595,000.00 | 0.00 |
| 3 | Water Management Technologies, Inc. | 7100-000 | 1.00 | 666,563.00 | 666,563.00 | 3,387.17 |
| LN1 | Custom Electrical Systems, Inc. | 7100-000 | 8,250.00 | 8,250.00 | 8,250.00 | 41.92 |
| LN2 | Clausen Miller P.C. | 7100-000 | 7,700.00 | 7,726.15 | 7,726.15 | 39.26 |
| LN4 | Katten & Temple, LLP | 7100-000 | 15,000.00 | 55,878.93 | 55,878.93 | 283.95 |
| LN5 | Signs & Blanks, Inc. | 7100-000 | 139,000.00 | 139,007.50 | 139,007.50 | 0.00 |
| | The Bank of New York Mellon | 7100-000 | N/A | 48.59 | 48.59 | 48.59 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 7100-000 | N/A | -23.59 | -23.59 | -23.59 |
| The Bank of New York Mellon | 7100-000 | N/A | 42.81 | 42.81 | 42.81 |
| The Bank of New York Mellon | 7100-000 | N/A | 41.31 | 41.31 | 41.31 |
| The Bank of New York Mellon | 7100-000 | N/A | 45.49 | 45.49 | 45.49 |
| The Bank of New York Mellon | 7100-000 | N/A | 41.97 | 41.97 | 41.97 |
| The Bank of New York Mellon | 7100-000 | N/A | 44.54 | 44.54 | 44.54 |
| The Bank of New York Mellon | 7100-000 | N/A | 44.35 | 44.35 | 44.35 |
| The Bank of New York Mellon | 7100-000 | N/A | 41.53 | 41.53 | 41.53 |
| The Bank of New York Mellon | 7100-000 | N/A | 40.06 | 40.06 | 40.06 |
| The Bank of New York Mellon | 7100-000 | N/A | 45.51 | 45.51 | 45.51 |
| The Bank of New York Mellon | 7100-000 | N/A | 39.90 | 39.90 | 39.90 |
| The Bank of New York Mellon | 7100-000 | N/A | 43.94 | 43.94 | 43.94 |
| The Bank of New York Mellon | 7100-000 | N/A | 42.47 | 42.47 | 42.47 |
| The Bank of New York Mellon | 7100-000 | N/A | 38.28 | 38.28 | 38.28 |
| The Bank of New York Mellon | 7100-000 | N/A | 45.03 | 45.03 | 45.03 |
| The Bank of New York Mellon | 7100-000 | N/A | 40.84 | 40.84 | 40.84 |
| THE BANK OF NEW YORK MELLON | 7100-000 | N/A | 39.40 | 39.40 | 39.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $173,456.00 | $1,476,632.01 | $1,476,632.01 | $4,472.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-33179　　　　　　　　　　　　　　　　　　　　**Trustee:**　　(330270)　　NORMAN NEWMAN
**Case Name:** LAKESIDE MANUFACTURING, INC.　　　　　　　**Filed (f) or Converted (c):** 12/04/08 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 01/15/09
**Period Ending:** 09/16/14　　　　　　　　　　　　　　　　　　　**Claims Bar Date:** 05/04/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Harris Bank Corporate Checking | 3,000.00 | 3,000.00 | | 45,304.48 | FA |
| 2 | Harris Bank Corporate Checking | 1.00 | 1.00 | | 0.00 | FA |
| 3 | Eastlake Management/Commercial Landlord | 1,277.00 | 1,277.00 | | 0.00 | FA |
| 4 | City of Chicago/Graphic Arts Deparrtment | 6,202.00 | 6,202.00 | | 2,386.00 | FA |
| 5 | Illinois Department of Transportation | 2,600.00 | 2,600.00 | | 2,943.60 | FA |
| 6 | City of Chicago/Department Of Revenue | 28,271.00 | 28,271.00 | | 7,665.08 | FA |
| 7 | Loretta Dicke | 120,000.00 | 120,000.00 | | 0.00 | FA |
| 8 | 2 Computer Screens | 500.00 | 500.00 | | 0.00 | FA |
| 9 | 4 Telephones | 400.00 | 400.00 | | 0.00 | FA |
| 10 | TAX REFUND (u) | 35.35 | 35.35 | | 35.35 | FA |
| 11 | Causes of Action (u) | 240,000.00 | 240,000.00 | | 20,000.00 | FA |
| 12 | L&N SUPPLY BANK ACCOUNT (u) | 11,162.50 | 11,162.50 | | 11,162.50 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 53.90 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$413,448.85** | **$413,448.85** | | **$89,550.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　　Final report approved.  Distribution to creditors sent.  Awiating zero bank statement.

**Initial Projected Date Of Final Report (TFR):**　　　September 30, 2012　　　　**Current Projected Date Of Final Report (TFR):**　　　April 8, 2014  (Actual)

Printed: 09/16/2014 02:01 PM　　　V.13.18

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-33179  
**Case Name:** LAKESIDE MANUFACTURING, INC.  
**Taxpayer ID #:** **-***9463  
**Period Ending:** 09/16/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/09 | {1} | Harris Bank | Bank Account Funds DEPOSIT CHECK #61103790 | 1129-000 | 45,304.48 | | 45,304.48 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 45,305.03 |
| 03/10/09 | {6} | The Treasurer of the City of Chicag | Invoice Nos. 30035 and 30038 DEPOSIT CHECK #41173676 | 1121-000 | 7,665.08 | | 52,970.11 |
| 03/28/09 | {4} | City of Chicago | PAYMENT ON ACCOUNT RECEIVABLE DEPOSIT CHECK #41202645 | 1129-000 | 2,386.00 | | 55,356.11 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.18 | | 55,358.29 |
| 04/22/09 | {5} | Daniel W. Hynes | Account Receivable DEPOSIT CHECK #AH2597310 | 1121-000 | 74.10 | | 55,432.39 |
| 04/22/09 | {5} | Daniel W. Hynes | Account Receivable DEPOSIT CHECK #AH2597332 | 1121-000 | 112.50 | | 55,544.89 |
| 04/22/09 | {5} | Daniel W. Hynes | Account Receivable DEPOSIT CHECK #AH2495329 | 1121-000 | 129.00 | | 55,673.89 |
| 04/22/09 | {5} | Daniel W. Hynes | Account Receivable DEPOSIT CHECK #AH2597309 | 1121-000 | 2,628.00 | | 58,301.89 |
| 04/29/09 | 1001 | Miller Cooper & Co., Ltd. | Retainer | 3410-000 | | 2,500.00 | 55,801.89 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.28 | | 55,804.17 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.21 | | 55,806.38 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.42 | | 55,808.80 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.35 | | 55,811.15 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.35 | | 55,813.50 |
| 09/29/09 | {12} | NORMAN B. NEWMAN, TRUSTEE FOR LAKES | Account Consolidation/Transfer DEPOSIT CHECK #101 | 1290-000 | 11,162.50 | | 66,976.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.29 | | 66,978.29 |
| 10/08/09 | 1002 | Department of Treasury | Year Ending Dcember 31, 2007 (Taxes) | 2810-000 | | 35.00 | 66,943.29 |
| 10/08/09 | 1003 | Illinois Department of Revenue | Year Ending December 31, 2007 | 2820-000 | | 17.00 | 66,926.29 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.73 | | 66,929.02 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.82 | | 66,931.84 |
| 12/03/09 | 1004 | United States Treasury | Tax return and penalty; ID#26-0789463; Tax Form: 1120; Tax Period; 12/31/07 | 2810-000 | | 79.80 | 66,852.04 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.81 | | 66,854.85 |
| 01/04/10 | {10} | UNITED STATES TREASURY | Tax Refund DEPOSIT CHECK #02697434 | 1224-000 | 35.35 | | 66,890.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.63 | | 66,892.83 |
| 02/19/10 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #08-33179, Bond #016026455 | 2300-000 | | 60.17 | 66,832.66 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.54 | | 66,835.20 |

Subtotals :   $69,527.17   $2,691.97

{} Asset reference(s)                                                                                 Printed: 09/16/2014 02:01 PM    V.13.18

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-33179  
**Case Name:** LAKESIDE MANUFACTURING, INC.  
**Taxpayer ID #:** **-***9463  
**Period Ending:** 09/16/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/10 | 1006 | Miller Cooper & Co., Ltd. | Interim Compensation for the period 4/28/09 through 10/8/09 | 3410-000 | | 12,668.88 | 54,166.32 |
| 02/26/10 | 1007 | Miller Cooper & Co., Ltd. | Interim Expenses for the period 4/28/09 through 10/8/09 | 3420-000 | | 2,040.00 | 52,126.32 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.39 | | 52,128.71 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.35 | | 52,129.06 |
| 04/06/10 | | Wire out to BNYM account 0009601340 | Wire out to BNYM account 000960134065 | 9999-000 | | 52,129.06 | 0.00 |
| | | | ACCOUNT TOTALS | | 69,529.91 | 69,529.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 69,529.91 | 69,529.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $69,529.91 | $69,529.91 | |

{} Asset reference(s)

Printed: 09/16/2014 02:01 PM    V.13.18

Page: 3

## Form 2
### Cash Receipts And Disbursements Record

**Case Number:** 08-33179  
**Case Name:** LAKESIDE MANUFACTURING, INC.  

**Taxpayer ID #:** **-***9463  
**Period Ending:** 09/16/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** THE BANK OF NEW YORK MELLON  
**Account:** ****-******40-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N | Wire in from JPMorgan Chase Bank, N.A. account 312960134065 | 9999-000 | 52,129.06 | | 52,129.06 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.49 | | 52,131.55 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.10 | | 52,134.65 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.00 | | 52,137.65 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.10 | | 52,140.75 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.09 | | 52,143.84 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.28 | | 52,145.12 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.32 | | 52,146.44 |
| 11/08/10 | {11} | Loretta Dicke | First of Three Installments on Settlement w/Trustee DEPOSIT CHECK #1746001295 | 1249-000 | 5,000.00 | | 57,146.44 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.37 | | 57,147.81 |
| 12/07/10 | 11008 | Much Shelist, et.al. | Compensation for the period of 1/6/09 through 10/31/10 | 3110-000 | | 46,089.50 | 11,058.31 |
| 12/07/10 | 11009 | Much Shelist, et.al. | Expenses for the period 1/6/09 through 10/31/10 | 3120-000 | | 184.20 | 10,874.11 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 10,874.55 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,874.64 |
| 02/15/11 | 11010 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-33179, Bond #016026455 | 2300-000 | | 10.31 | 10,864.33 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,864.41 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,864.50 |
| 04/06/11 | {11} | Loretta Dicke | Settlement on account of settlement DEPOSIT CHECK #1017 | 1249-000 | 5,000.00 | | 15,864.50 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,864.62 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,864.75 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,864.88 |
| 07/18/11 | {11} | Loretta Dicke | Payment made on account of settlement DEPOSIT CHECK #1021 | 1249-000 | 5,000.00 | | 20,864.88 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,865.03 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,865.20 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 48.59 | 20,816.61 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 7100-000 | | -23.59 | 20,840.20 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,840.37 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 42.81 | 20,797.56 |

Subtotals: $67,149.38   $46,351.82

{} Asset reference(s)

Printed: 09/16/2014 02:01 PM   V.13.18

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-33179  
**Case Name:** LAKESIDE MANUFACTURING, INC.  

**Taxpayer ID #:** **-***9463  
**Period Ending:** 09/16/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** THE BANK OF NEW YORK MELLON  
**Account:** ****-******40-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,797.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 41.31 | 20,756.42 |
| 11/28/11 | 11011 | Clerk of the Bankruptcy Court | Filing Fee for Adversary Complaint Case No. 11-02497 11-02497 | 2700-000 | | 293.00 | 20,463.42 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,463.59 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 45.49 | 20,418.10 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,418.27 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 41.97 | 20,376.30 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,376.47 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 44.54 | 20,331.93 |
| 02/07/12 | 11012 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #08-33179, Bond#016026455 | 2300-000 | | 16.58 | 20,315.35 |
| 02/08/12 | | Loretta Dicke | Payment Pursuant to Settlement Agreement DEPOSIT CHECK #1024 | 1249-000 | 5,000.00 | | 25,315.35 |
| 02/09/12 | | Reverses Deposit # 100013 | Payment Pursuant to Settlement Agre | 1249-000 | -5,000.00 | | 20,315.35 |
| 02/21/12 | | Ledger Adjustment Reversal | | 1149-000 | 5,000.00 | | 25,315.35 |
| 02/21/12 | | Loretta Dicke | Non-Sufficient Funds {POST FROM PENDING} | 1149-000 | -5,000.00 | | 20,315.35 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 44.35 | 20,271.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 41.53 | 20,229.47 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 40.06 | 20,189.41 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 45.51 | 20,143.90 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 39.90 | 20,104.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 43.94 | 20,060.06 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 42.47 | 20,017.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 38.28 | 19,979.31 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 45.03 | 19,934.28 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 40.84 | 19,893.44 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Fee | 7100-000 | | 39.40 | 19,854.04 |
| 01/09/13 | | Transfer to Acct #2221644210 | Bank Funds Transfer | 9999-000 | | 19,854.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **67,150.06** | **67,150.06** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 19,854.04 | |
| | | | **Subtotal** | | **67,150.06** | **47,296.02** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$67,150.06** | **$47,296.02** | |

{} Asset reference(s) 

Printed: 09/16/2014 02:01 PM   V.13.18

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-33179  
**Case Name:** LAKESIDE MANUFACTURING, INC.  
**Taxpayer ID #:** **-***9463  
**Period Ending:** 09/16/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********10 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/13 | | Transfer from Acct #000960134065 | Bank Funds Transfer | 9999-000 | 19,854.04 | | 19,854.04 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.89 | 19,832.15 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 14.13 | 19,818.02 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.62 | 19,791.40 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.42 | 19,761.98 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.43 | 19,733.55 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.34 | 19,704.21 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.35 | 19,675.86 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.25 | 19,646.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.21 | 19,617.40 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.23 | 19,589.17 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.12 | 19,560.05 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.14 | 19,531.91 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 19,531.91 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,854.04 | 19,854.04 | $0.00 |
| | | | Less: Bank Transfers | | 19,854.04 | 19,531.91 | |
| | | | **Subtotal** | | **0.00** | **322.13** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$322.13** | |

{} Asset reference(s)

Printed: 09/16/2014 02:01 PM   V.13.18

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-33179 | | Trustee: | NORMAN NEWMAN (330270) |
| --- | --- | --- | --- | --- |
| Case Name: | LAKESIDE MANUFACTURING, INC. | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******5866 - Checking Account |
| Taxpayer ID #: | **-***9463 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/16/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 19,531.91 | | 19,531.91 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.85 | 19,515.06 |
| 01/02/14 | {11} | Loretta Dicke | Settlement with Loretta Dicke | 1249-000 | 5,000.00 | | 24,515.06 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.71 | 24,479.35 |
| 02/10/14 | 20101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #08-33179, Bond #016026455 | 2300-000 | | 21.43 | 24,457.92 |
| 05/09/14 | 20102 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 100.00% on $6,135.53, Trustee Compensation;  Reference: | 2100-000 | | 6,135.53 | 18,322.39 |
| 05/09/14 | 20103 | MUCH SHELIST, ET.AL. | Dividend paid 100.00% on $324.06, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 139.86 | 18,182.53 |
| 05/09/14 | 20104 | MUCH SHELIST, ET.AL. | Dividend paid 100.00% on $56,772.03, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,682.53 | 7,500.00 |
| 05/09/14 | 20105 | Diversified Imaging Supply | Final Distribution | 7100-000 | | 17.81 | 7,482.19 |
| 05/09/14 | 20106 | Water Management Technologies II, LLC | Final Distribution Stopped on 08/21/14 | 7100-000 | | 3,023.52 | 4,458.67 |
| 05/09/14 | 20107 | Water Management Technologies, Inc. | Final Distribution | 7100-000 | | 3,387.17 | 1,071.50 |
| 05/09/14 | 20108 | Custom Electrical Systems, Inc. | Final Distribution | 7100-000 | | 41.92 | 1,029.58 |
| 05/09/14 | 20109 | Clausen Miller P.C. | Final Distribution | 7100-000 | | 39.26 | 990.32 |
| 05/09/14 | 20110 | Katten & Temple, LLP | Final Distribution | 7100-000 | | 283.95 | 706.37 |
| 05/09/14 | 20111 | Signs & Blanks, Inc. | Final Distribution Stopped on 08/21/14 | 7100-000 | | 706.37 | 0.00 |
| 08/21/14 | 20106 | Water Management Technologies II, LLC | Final Distribution Stopped: check issued on 05/09/14 | 7100-000 | | -3,023.52 | 3,023.52 |
| 08/21/14 | 20111 | Signs & Blanks, Inc. | Final Distribution Stopped: check issued on 05/09/14 | 7100-000 | | -706.37 | 3,729.89 |
| 08/21/14 | 20112 | Clerk of the Bankruptcy Court | Unclaimed Funds | 2990-000 | | 3,729.89 | 0.00 |
| | | | ACCOUNT TOTALS | | 24,531.91 | 24,531.91 | $0.00 |
| | | | Less: Bank Transfers | | 19,531.91 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 24,531.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$24,531.91** | |

{} Asset reference(s)                                                                                    Printed: 09/16/2014 02:01 PM    V.13.18

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 08-33179  
**Case Name:** LAKESIDE MANUFACTURING, INC.

**Taxpayer ID #:** **-***9463  
**Period Ending:** 09/16/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****40-65 | 69,529.91 | 69,529.91 | 0.00 |
| Checking # ****-******40-65 | 67,150.06 | 47,296.02 | 0.00 |
| Checking # ********10 | 0.00 | 322.13 | 0.00 |
| Checking # ******5866 | 5,000.00 | 24,531.91 | 0.00 |
| | $141,679.97 | $141,679.97 | $0.00 |

{} Asset reference(s)

Printed: 09/16/2014 02:01 PM    V.13.18